IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THOMAS ARTHUR BOGGS II,    )<br>        Plaintiff,       )<br>                               )<br>    v.                      )<br>MATT KEMMY, et al.,      )<br>        Defendants.     )<br>_____) | Civ. No. 06-493-CO<br><br>**ORDER** |

**PANNER, District Judge:**

    Magistrate Judge John P. Cooney filed Findings and Recommendation on June 27, 2006. The matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court still must review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Cooney.

1 - ORDER

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#6) is adopted. This action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED this 24 day of August, 2006.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

2 - ORDER